UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AUSTIN MILLER & SABRINA MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>BELLSOUTH TELECOMMUNICATIONS LLC D/B/A AT&T LOUISIANA, DIXIE ELECTRIC MEMBERSHIP CORP., and DEMCO ENERGY SERVICES, LLC<br><br>Defendants. | Civil Action No. 3:23-cv-00316-SDD-EWD<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Erin Wilder Doomes<br><br>[PROPOSED] FIRST AMENDED COMPLAINT |

Plaintiffs Austin Miller and Sabrina Miller, who by and through counsel, allege as follows:

## INTRODUCTION

1. This action arises out of serious and debilitating injuries, including but not limited to traumatic brain injury, suffered by Plaintiff Austin Miller as a result of hitting a downed line while riding an electric scooter.

## PARTIES AND VENUE

2. Plaintiff Austin Miller is a person of the full age of majority and is a resident of and domiciled in the City of Holden, Livingston Parish, Louisiana.

3. Plaintiff Sabrina Miller is a person of the full age of majority and is a resident of and domiciled in the City of Holden, Livingston Parish, Louisiana.

4. Defendant BellSouth Telecommunications LLC d/b/a AT&T Louisiana (hereinafter "AT&T Louisiana") is a limited liability company organized under the laws of the State of Georgia with its principal place of business in Atlanta, Georgia, and is authorized to do and is doing

1

business in the State of Louisiana. AT&T Louisiana's sole member is BellSouth Corporation, which is a Georgia corporation with its principal place of business in Atlanta, Georgia.

5.      Defendant Dixie Electric Membership Corporation is a Louisiana corporation with its principal place of business in Greenwell Springs, East Baton Rouge Parish, Louisiana.

6.      Defendant DEMCO Energy Services, LLC is a Louisiana liability company with its principal place of business in Greenwell Springs, East Baton Rouge Parish, Louisiana. Upon information and belief, Dixie Electric Membership Corporation is the sole member of DEMCO Energy Services, LLC.

7.      Defendants Dixie Electric Membership Corporation and DEMCO Energy Services, LLC are collectively referred to herein as "DEMCO."

8.      Defendants are justly and truly indebted jointly, severely, and *in solido* to Plaintiff Austin Miller, for damages reasonable in the premises.

9.      Venue is proper in the Middle District of Louisiana as the incident that is the basis of this action and the subsequent injuries of Plaintiff Austin Miller occurred in Livingston Parish.

## FACTS

10.     This case arises out of an incident that occurred on March 12, 2022, at approximately 3:54 p.m. on 27030 James Chapel Road., in Livingston Parish, Louisiana.

11.     At the time of the incident, Plaintiff Austin Miller, was traveling East on James Chapel North on his Bird Electric Scooter when he suddenly and without warning encountered a downed, unmarked AT&T Louisiana line in the road.

12.     The downed, unmarked AT&T Louisiana line caused Plaintiff Austin Miller to lose control of his Bird Electric Scooter, to fall, and to sustain serious, painful and permanent injuries,

including, but not limited to, closed head injuries, traumatic brain injury, and other related physical and mental injuries.

13. On March 4, 2022, eight (8) days prior to Plaintiff's incident, a construction vehicle crashed into a utility pole on James Chapel Road causing downed wires and at least one broken utility pole.

14. That same day, DEMCO was notified of the damage done to the utility pole and the downed wires.

15. Upon information and belief, sometime between March 4, 2022 and March 12, 2022, DEMCO directed work to replace the broken utility pole but left the downed line owned by AT&T Louisiana across James Chapel Road.

16. Upon information and belief, third parties observed the downed line, utility pole debris, and other unsafe conditions and reported the issues to DEMCO and AT&T Louisiana.

## CAUSES OF ACTION

### NEGLIGENCE

17. Plaintiffs incorporate each and every allegation from the aforementioned paragraphs as if fully set forth herein.

18. The aforesaid collision and the injuries and damages to Plaintiffs resulting therefrom, were proximately and legally caused by the carelessness, recklessness, and negligence of AT&T Louisiana including, but not limited to, the following:

   a. Failure to correct a dangerous condition of its downed line, a condition for which it was on notice prior to the incident;

   b. Failure to use reasonable prudence under the circumstances;

    c. Failure to adequately maintain cable/telephone transmission lines and wires in its possession, custody and control;

    d. Failure to timely respond to complaints about the dangerous condition of its downed line crossing a roadway;

    e. Failure to timely take corrective action in response to complaints about the dangerous condition of its downed line crossing a roadway;

    f. Failure to take reasonable precautionary measures, including but not limited to, placing appropriate markings on or warnings regarding the downed line so that foreseeable users of the subject roadway, James Chapel Rd., in Livingston Parish, Louisiana, would be put on notice of the dangerous condition; and

    g. Reckless indifference to the safety of foreseeable users of the subject roadway, James Chapel Rd., in Livingston Parish, Louisiana, in light of the notice and complaints regarding the subject downed line.

19. The aforesaid collision and the injuries and damages to Plaintiffs resulting therefrom, were proximately and legally caused by the carelessness, recklessness, and negligence of DEMCO including, but not limited to, the following:

    a. Failure to correct a dangerous condition of the downed line, a condition for which it was on notice prior to the incident;

    b. Failure to use reasonable prudence under the circumstances;

    c. Failure to timely respond to complaints about the dangerous condition of the downed line crossing a roadway;

    d. Failure to timely take corrective action in response to complaints about the dangerous condition of the downed line crossing a roadway;

    e.    Failure to take reasonable precautionary measures, including but not limited to, placing appropriate markings on or warnings regarding the downed line so that foreseeable users of the subject roadway, James Chapel Rd., in Livingston Parish, Louisiana, would be put on notice of the dangerous condition; and

    f.    Reckless indifference to the safety of foreseeable users of the subject roadway, James Chapel Rd., in Livingston Parish, Louisiana, in light of the notice and complaints regarding the subject downed line.

20.    As a result of the foregoing, Plaintiff Austin Miller, was caused to sustain serious and painful injuries, including but not limited to injuries to his head including an intracranial hemorrhage, hearing loss, memory loss, and extreme fatigue. Plaintiff also has been caused to suffer mental anguish and emotional distress, has required and incurred the cost of medical treatment for his injuries, has incurred out-of-pocket expenses, has been impaired in his daily activities and enjoyment of life, and will experience continuing pain, physical/mental anguish and activity limitations because of his injuries.

21.    As a further result of the incident, Plaintiff Austin Miller has sustained and will continue to sustain economic losses, including substantial medical expenses and lost wages.

22.    As a further result of the incident and Plaintiff Austin Miller's physical and mental injuries, Plaintiff Sabrina Miller has suffered a loss of consortium.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Austin and Sabrina Miller, request that the Court enter judgment in their favor against Defendants as to all causes of action, and awarding as follows:

    a.    For compensatory damages, in an amount exceeding this Court's jurisdictional minimum and to be proven at trial;

    b. For economic and non-economic damages in an amount to be proven at trial;

    c. For medical, incidental, hospital, psychological and other expenses in an amount to be proven at trial;

    d. For loss of earnings capacity and loss of wages, in an amount to be proven at trial;

    e. For loss of consortium;

    f. For an award of pre-judgment and post-judgment interest as provide by law;

    g. For an award providing for payment of reasonable fees, court costs, and other litigation expenses as permitted by law; and

    h. For such other and further relief as this Honorable Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs Austin and Sabrina Miller, hereby demand a jury trial on all of their claims, causes of action and issues that are triable by jury.

Dated: September 27, 2023

Respectfully submitted,

*/s/ M. Palmer Lambert*
M. Palmer Lambert (#33228)
Anna K. Higgins (#33890)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Telephone: (504) 355-0086
Facsimile: (504) 355-0089
plambert@pbclawfirm.com
ahiggins@pbclawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been served via the CM/ECF system on all counsel of records, this 27th day of September, 2023.

>  */s/ M. Palmer Lambert*
> M. Palmer Lambert