**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

AUSTIN MILLER &                                                     CIVIL ACTION NO.
SABRINA MILLER

VERSUS

                                                                                                 23-316-SDD-EWD

BELLSOUTH TELECOMMUNICATIONS
LLC D/B/A AT&T LOUISIANA, ET AL.

**JUDGMENT**

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, and DECREED**, that this matter is **REMANDED** to the Twenty-First Judicial District Court for the Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 8 day of November, 2023.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**
